

USDC- BALTIMORE
'22 SEP 29 PM

KSC/09.23.22
USAO: PCM/SS 2022R00585

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. GLR 22 Cr 340 |
| **DONTE WILLIAMS,** | * | **UNDER SEAL** |
| Defendant | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Unlawful Possession of Machinegun, 18 U.S.C. § 922(o) |

******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

**DONTE WILLIAMS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Glock, Model 27 pistol, bearing serial number BSS685; and 21 rounds of .40 S&W caliber ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO

### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

**DONTE WILLIAMS,**

did knowingly possess a machinegun, as that term is defined in 26 U.S.C. § 5845(b); that is, the conversion device attached to the Glock, Model 27 pistol, bearing serial number BSS685, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(b)
18 U.S.C. § 924(a)(2)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872, upon conviction of any offense(s) alleged in Counts One and Two, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. A Glock, Model 27 pistol, bearing serial number BSS685;

   b. A conversion device; and

   c. Approximately 21 rounds of .40 S&W caliber ammunition

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
26 U.S.C. § 5872

Erek L. Barron /ss
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

9/29/22
Date

3